RECEIVED
IN LAKE CHARLES, LA
OCT 1 1 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| AMERISAFE GENERAL AGENCY, INC., ET AL. | : | DOCKET NO. 06-0983 |
| VS. | : | JUDGE TRIMBLE |
| JAMES CAMPBELL | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that plaintiffs' motion to remand [doc. # 6] be, and it is hereby DENIED.

IT IS FURTHER ORDERED that plaintiffs' request for fees and costs be, and it is hereby DENIED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _____ day of _____, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE